IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LANDON KING,**

    **Plaintiff,**

**v.**                                          Case No. 1:19-cv-331-AW-GRJ

**AMES/DETRICK TRUCK COMPANY,**

    **Defendant.**

_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

The parties have filed a joint motion to approve their FLSA settlement. ECF No. 15. Before the court can approve any FLSA settlement, it must scrutinize the settlement and determine that it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *see also Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1306 (11th Cir. 2013). If the settlement reflects a reasonable compromise over FLSA issues that are actually in dispute, the court may approve the settlement "to promote the policy of encouraging settlement in litigation." *Lynn's Food Stores*, 679 F.2d at 1354. Having reviewed the record, having concluded that there is a bona fide dispute, and noting that both sides are represented by counsel, the court approves the settlement agreement.

1

It is now ORDERED:

1. The parties' joint motion (ECF No. 15) is granted, and the settlement is approved.

2. The clerk will enter a judgment that says, "The Plaintiff's claims are dismissed with prejudice, with each side to bear its own costs."

3. The court will retain jurisdiction to enforce the settlement agreement.

SO ORDERED on May 11, 2020.

s/ *Allen Winsor*  
United States District Judge